Kelvin DARNELL BARNES 350761
Name and Prisoner/Booking Number

ASPC-TUCSON Whetstone 10004 S. Wilmot Rd
Place of Confinement

P.O. Box # 24402
Mailing Address

Tucson, Arizona 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 9 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kelvin Darnell Barnes,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Arizona Department of Corrections Rehabilitation + Reentry, et al.,
(Full Name of Defendant)

(2) Sgt Encinas,

(3) Centurion Health Care System,
    I. Waszkiewicz, NP

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-78-TUC-SHR(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC-Tucson - Forestry Crew - Arizona

## B. DEFENDANTS

1. Name of first Defendant: __SGT ENCINAS__. The first Defendant is employed as: __SERGEANT__ at __ADC - TUCSON WHETSTONE__.
   (Position and Title)                                                     (Institution)

2. Name of second Defendant: __I. WASZKIEWICZ, NP.__ The second Defendant is employed as: __DOCTOR - PROVIDER - CENTURION__ at __ASPC-T WHETSTONE__.
   (Position and Title)                                                     (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                                     (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8TH Amendment CRUEL And UNUSUAL PUNISHMENT RE: deliberate Indifference.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 31st of 2022 I went on a 5 mile hike with the Tucson ASPC-ADC-Forestry Crew up Mount Lemon. The hike consisted of a 2½ miles up and 2½ miles down. On the way down the mountain, I passed out, and fell face down to the ground. I was unconscious for almost 10 seconds. When I came to, some of the Forestry Crew members were standing over me, and pouring water on me. So after 5 minutes, I was assisted back to my feet to continue the hike down the mountain. Once I got back down the mountain 2 Forestry Crew members and myself notified the Sgt Encinas, as to what happened and he asked me, "If I was ok," and I told him, I'm o.k. The night of the incident, back at the prison, I felt pain in my head, and in my left eye. So the next day I told my Sgt Encinas, I was experiencing a head-ache and pain in my eye. He Sgt Encinas, told me to go back home and lay down. Sgt Encinas, further told me, if I go to medical don't tell them what happened, see attachments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Still having pain in my head and left eye from falling down on my face while taking this 2½ miles hike with the ADC-ASPC-Tucson-Forestry Crew.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

because Sgt ENCINAS, failed to file a report I.R. Institutional Report it, and they would shut the crew down. That afternoon I filled out an HNR and stated that I was experiencing head + eye pain. All together I filled out 2 HNR's, and a third one on my tablet. Eight days later, I could not take the pain anymore so I went up to a ADC-Correctional officer and explained my problem, and that I need to go to medical, He took me to medical and they gave me Ibu-Ibuprophen and sent me back to my dorm. Then I went back to medical and now they are sending me to get X-rays. It took 9 days to be seen by medical, and I still have to wait another week for the X-rays.

To this date, I only had the X-ray done on my eye, along with an EKG, and I am still awaiting for the katscan.

Furthermore, to this date, I have put in 12 HNR's and seen the provider once. Along with 3 I.C.S - once I Inmate-Plaintiff arrived at medical, I was told by an officer that the sergeant - ENCINAS, was put on report for not reporting the incident.

(3-A)

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Wherefore, Plaintiff, Kelvin, prays as follows: for the sum of $5. million /no costs for violating my 8th Amend and being deliberately Indifferent to Plaintiff Safety and well being to Plaintiff while in ADC-Custody and control Care

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/6/23
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

CC:

CERTIFICATE of SERVICE

I CERTIFY THAT THE ORIGINAL AND TWO COPIES WAS MAILED ON 6 day of February 2023; U.S. DISTRICT COURT CLERK U.S. COURTHOUSE, suite 130 401 W. WASHINGTON STREET, SPC-10 Phoenix, Arizona 85003-2119

Melvin D Bounes
SIGNATURE
DATE: 2/6/23