1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Kelvin Darnell Barnes, | NO. CV-23-00078-TUC-SHR (P) |
|---|---|
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Arizona Department of Corrections Rehabilitation and Reentry, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed 5/10.2023,  judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

Debra D. Lucas
District Court Executive/Clerk of Court

June 26, 2023

By   s/ C. Ortiz
     Deputy Clerk